Leon Chevillo Company, appellant, v. Ida Murphy, administratrix of the estate of Thomas B. Murphy, deceased, appellee.   Gen. No. 8,140.

Opinion filed February 8, 1928. Rehearing denied April 12, 1928.

Geo. V. Helfrich, for appellant. L. B. Vose and Gumbart & Grigsby, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.